**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S.BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE, | : | No. 199 MAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| SUSAN LAIRD & GENE STRIKWERDA, | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.